# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0952
Lower Tribunal No. 21-19117
_____

**Maria Meruelo**,
Appellant,

vs.

**Rebuild Miami Edgewater, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Ehrenstein|Sager, and Michael D. Ehrenstein, Latasha N. Johnson, and Brett D. Sager, for appellant.

Dorta Law, and Matias R. Dorta, for appellees.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.